BANNING MICKLOW BULL & LOPEZ LLP
Eugene A. Brodsky, State Bar No. 36691
Kurt Micklow, State Bar No. 113974
Jennifer L. Fiore, State Bar No. 203618
One Market, Steuart Street Tower, Suite 1440
San Francisco, California 94105
Telephone:   (415) 399-9191
Facsimile:    (415) 399-9192

Attorneys for Plaintiff
ALOHA MEDICINALS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| ALOHA MEDICINALS, INC., | ) | Case No. C 05-02188 RS |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| vs. | ) | **SELECTING ADR PROCESS** |
| POLAR SERVICE COMPANY, INC., | ) | **ADR CERTIFICATION** |
| Defendant. | ) | |

The parties stipulate to participate in a private mediation of this dispute with JAMS in San Francisco once sufficient discovery has been completed.

DATED: September 7, 2005        BANNING MICKLOW BULL & LOPEZ LLP


By ___/s/ Kurt Micklow_____

Attorneys for Plaintiff
ALOHA MEDICINALS, INC.

DATED: September 7, 2005        McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER & BORGES LLP


By ___/s/ Wilma J. Gray_____

Attorneys for Defendant
POLER SERVICE COMPANY, INC.

---

STIPULATION AND PROPOSED ORDER SELECTING ADR
PROCESS / ADR CERTIFICATION                                         [Case No. C 05-02188 RS]

1

IT IS SO ORDERED.

DATED: _9/8/05_____    /s/ Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

DATED: September 7, 2005        /s/ John Holliday
                                President
                                Aloha Medicinals, Inc.

DATED: September 7, 2005        BANNING MICKLOW BULL & LOPEZ LLP

                                By    /s/ Kurt Micklow

                                Attorneys for Plaintiff
                                ALOHA MEDICINALS, INC.

DATED: September 7, 2005        /s/ Jim Hayes

                                President
                                Polar Service Company, Inc.

DATED: September 7, 2005        McNAMARA, DODGE, NEY, BEATTY,
                                SLATTERY, PFALZER & BORGES LLP


                                By    /s/ Wilma J. Gray


                                Attorneys for Defendant
                                POLER SERVICE COMPANY, INC.