BANNING MICKLOW BULL & LOPEZ LLP
Eugene A. Brodsky, State Bar No. 36691
Kurt Micklow, State Bar No. 113974
Jennifer L. Fiore, State Bar No. 203618
One Market, Steuart Street Tower, Suite 1440
San Francisco, California 94105
Telephone:  (415) 399-9191
Facsimile:  (415) 399-9192

*E-FILED 1/25/06*

Attorneys for Plaintiff
ALOHA MEDICINALS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ALOHA MEDICINALS, INC., </br></br> Plaintiff, </br></br> vs. </br></br> POLAR SERVICE COMPANY, INC., </br></br> Defendant. | Case No. C 05-02188 RS </br></br> **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO COMPLETE MEDIATION** </br></br> **Complaint Filed:** May 2005 </br> **Trial Date:** June 26, 2006 </br> **Judge:** Hon. Richard Seeborg |

**RECITALS**

WHEREAS the Court, in the Case Management Scheduling Order dated September 28, 2005, ordered that the parties complete the private mediation to which they stipulated within 120 days (by January 25, 2006);

WHEREAS although Plaintiff ALOHA MEDICINALS, INC. ("Plaintiff") and Defendant POLAR SERVICE COMPANY, INC. ("Defendant") have been actively pursuing discovery, counsel for both parties believe that additional discovery needs to be completed before the case is ready for mediation; and

WHEREAS the parties wish to request that the Court extend the time for completion of the mediation for an additional sixty (60) days until March 24, 2006,

**STIPULATION**

1

WHEREFORE, the parties hereby stipulate, by and through their respective counsel of record herein, that the Court be respectfully requested to extend the deadline for completion of the mediation in this case until March 24, 2006.

DATED: January 24, 2006        BANNING MICKLOW BULL & LOPEZ LLP

By_____/s/ Kurt Micklow_____

Eugene A. Brodsky
Kurt Micklow

Attorneys for Plaintiff
ALOHA MEDICINALS, INC.

DATED: January 24, 2006        McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP

By_____/s/ Thomas G. Beatty_____

Thomas G. Beatty
Wilma J. Gray

Attorneys for Defendant
POLAR SERVICES COMPANY, INC.

ORDER

IT IS SO ORDERED.

Dated: 1/25/06

_____
Honorable Richard Seeborg
United States Magistrate Judge

2