| | |
|---|---|
| 1 | BANNING MICKLOW BULL & LOPEZ LLP |
| | Eugene A. Brodsky, State Bar No. 36691 |
| 2 | Kurt Micklow, State Bar No. 113974 |
| | Jennifer L. Fiore, State Bar No. 203618 |
| 3 | One Market, Steuart Street Tower, Suite 1440 |
| | San Francisco, California 94105          *E-FILED 2/14/06* |
| 4 | Telephone:  (415) 399-9191 |
| | Facsimile:   (415) 399-9192 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | ALOHA MEDICINALS, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| ALOHA MEDICINALS, INC., | ) | Case No. C 05-02188 RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING CERTAIN DEADLINES IN ORDER TO COMPLETE MEDIATION** |
| vs. | ) | |
| | ) | |
| POLAR SERVICE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | **Complaint Filed:** May 2005 |
| | ) | **Trial Date:**         June 26, 2006 |
| | ) | **Judge:**                Hon. Richard Seeborg |
| _____ | ) | |

**RECITALS**

WHEREAS the Court, in the Case Management Scheduling Order dated September 28, 2005, originally ordered that the parties complete the private mediation to which they stipulated by January 25, 2006;

WHEREAS on January 24, 2006, Plaintiff ALOHA MEDICINALS, INC. ("Plaintiff") and Defendant POLAR SERVICE COMPANY, INC. ("Defendant") submitted a stipulation and a proposed order (later executed by the Court on January 25, 2006) extending the deadline to conduct the mediation to March 24, 2006;

WHEREAS because of subsequently discovered scheduling conflicts

1

1  between the chosen mediator and counsel, the parties now wish to extend the
2  mediation deadline for an additional two weeks to allow the mediation to be
3  conducted within the time limitations ordered by the Court; and
4      WHEREAS the parties also wish to request that the Court extend the
5  deadlines for disclosure of expert testimony and reports and completion of expert
6  discovery to allow the parties an opportunity to mediate (and hopefully resolve) the
7  case before incurring the fees and expenses necessary for preparing the expert
8  disclosures,

## STIPULATION

10      WHEREFORE, the parties hereby stipulate, by and through their respective
11  counsel of record herein, that the Court be respectfully requested to:
12      1)    Extend the deadline for completion of the mediation in this case until
13          April 7, 2006;
14      2)    Extend the deadline for plaintiff's disclosure of expert testimony and
15          reports until April 21, 2006;
16      3)    Extend the deadline for defendant's disclosure of expert testimony
17          and reports until May 5, 2006; and
18      4)    Extend the deadline for completion of expert discovery until May 19,
19          2006.
20
21  DATED: February 14, 2006    BANNING MICKLOW BULL & LOPEZ LLP
22
23                  By    /s/ Kurt Micklow
24                      Eugene A. Brodsky
                    Kurt Micklow
25
                Attorneys for Plaintiff
26                  ALOHA MEDICINALS, INC.
27
28

DATED: February 14, 2006

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP

By    /s/ Wilma Gray
Thomas G. Beatty
Wilma J. Gray

Attorneys for Defendant
POLAR SERVICES COMPANY, INC.

ORDER

IT IS SO ORDERED.

Dated: 2/14/06

_/s/ Richard Seeborg_
Honorable Richard Seeborg
United States Magistrate Judge