*E-FILED*
May 4, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALOHA MEDICINALS, INC., | No. C 05-02188 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| POLAR SERVICE COMPANY, INC. | |
| Defendant. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 14, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 28, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: May 4, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Kurt Micklow, Esq.
Email: kmicklow@banningmicklow.com

**Counsel for Defendant(s)**

Thomas G. Beatty, Esq.
Email:  thomas.beatty@mcnamaralaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: May 4, 2006

  /s/ BAK
Chambers of Magistrate Judge Richard Seeborg