BANNING MICKLOW BULL & LOPEZ LLP
Eugene A. Brodsky, State Bar No. 36691
Kurt Micklow, State Bar No. 113974
Jennifer L. Fiore, State Bar No. 203618
One Market, Steuart Street Tower, Suite 1440
San Francisco, California 94105
Telephone:  (415) 399-9191
Facsimile:   (415) 399-9192

*E-FILED 5/17/06*

Attorneys for Plaintiff
ALOHA MEDICINALS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ALOHA MEDICINALS, INC., | Case No. C 05-02188 RS |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER DISMISSING ACTION** |
| vs. | |
| POLAR SERVICE COMPANY, INC., | **Fed. R. Civ. P. 41(a)(2)** |
| Defendant. | |
| _____ | |

**STIPULATION**

WHEREAS Plaintiff ALOHA MEDICINALS, INC. ("Plaintiff") and Defendant POLAR SERVICE COMPANY, INC. ("Defendant") have concluded their settlement of this action, the parties, by and through their respective counsel of record herein, hereby stipulate that the Court be respectfully requested to enter an order, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismissing this action with prejudice, each party to bear its own attorney's fees

///

///

///

///

1

STIPULATION AND PROPOSED ORDER DISMISSING ACTION          [Case No. C 05-02188 RS]

and costs.

DATED: May 16, 2006                BANNING MICKLOW BULL & LOPEZ LLP


                                   By_____/s/ Kurt Micklow_____
                                       Kurt Micklow

                                   Attorneys for Plaintiff
                                   ALOHA MEDICINALS, INC.


DATED: May 16, 2006                MCNAMARA, DODGE, NEY, BEATTY,
                                   SLATTERY, PFALZER & BORGES LLP


                                   By_____/s/ Thomas G. Beatty_____
                                       Thomas G. Beatty
                                       Wilma J. Gray

                                   Attorneys for Defendant
                                   POLAR SERVICES COMPANY, INC.


                                        ORDER

    IT IS SO ORDERED.


Dated: May 17, 2006                _____
                                   Honorable Richard Seeborg
                                   United States Magistrate Judge